UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK STAMPONE,

Plaintiff,

v.

NOAH NAGY, *et al.*,

Defendants.
_________________________ /

Case No. 24-11812

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 20, 2026, REPORT AND RECOMMENDATION (ECF No. 34)**

Currently before the court is Magistrate David R. Grand's October 20, 2026 Report and Recommendation. (ECF No. 34). Magistrate Judge Grand recommends granting Defendants' motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute (ECF No. 32). *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended

disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 34), **GRANTS** Defendants' motion to dismiss (ECF No. 32), and **DISMISSES** the complaint with prejudice.

**SO ORDERED**.

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge