UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK STAMPONE,<br><br>Plaintiff,<br>v.<br><br>NOAH NAGY, *et al.*,<br><br>Defendants.<br>______________________________ / | Case No. 24-11812<br><br>F. Kay Behm<br>United States District Judge<br><br>David R. Grand<br>United States Magistrate Judge |

**JUDGMENT**

In accordance with the Opinion and Order Accepting and Adopting the Magistrate Judge's October 20, 2026, Report and Recommendation (ECF No. 34) issued on November 18, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED**.

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge